**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

**No. 21-6574**

_____

CHRIS A. JONES,

                Plaintiff - Appellant,

     v.

FRANCES A. HUNT; JOSHUA SALEEBY; GLORIA WILLIAMS; MARY S. DUNN; ANTHONY J. BARHAM; SARAH HILTON; BRITTNEY KINGSBERRY,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:18-ct-03245-FL)

_____

Submitted:  September 14, 2021                Decided:  September 20, 2021

_____

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Chris A. Jones, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chris A. Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Hunt*, No. 5:18-ct-03245-FL (E.D.N.C. Mar. 29, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*